**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 98-1559

———————————

MARIE M. MCMAHON,

Plaintiff - Appellant,

versus

MARGARET WORKMAN; THOMAS MCHUGH; ROBIN DAVIS;
ELLIOTT MAYNARD; LARRY V. STARCHER,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Charles H. Haden II, Chief District Judge.  (CA-97-1216)

———————————

Submitted:  July 2, 1998          Decided:  July 21, 1998

———————————

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Marie M. McMahon, Appellant Pro Se.  Ancil Glenn Ramey, STEPTOE & JOHNSON, Charleston, West Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing her action for failure to comply with a pre-filing injunction requiring her to obtain leave of court before filing an action and the court's denial of her motion for reconsideration. We have reviewed the record, the district court's opinion accepting the magistrate judge's recommendation, and the order denying reconsideration, and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>McMahon v. Workman</u>, No. CA-97-1216 (S.D.W. Va. Feb. 25, 1998, Mar. 12, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2